Stuyvesant Real Estate Company, Respondent, v. Benno Erickson, Appellant. — Final order of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

Thomson Meter Company, Respondent, v. The People's Drug Store Company, Appellant.— Final order of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Title Guarantee and Trust Company, Respondent, v. Charles H. MacVean, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the plaintiff did not establish that April nineteenth was an absolute but a conditional day set for the closing of the title. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Julia M. Trebing, Respondent, v. The Dime Savings Bank of Williamsburgh and Others, Defendants, Impleaded with Harry Mollenhauer, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Katherine Ullmann, Appellant, v. John Schultes, Respondent.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

Stanislaus Zawastonowicz, Appellant, v. Lalance & Grosjean Manufacturing Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Domenico A. Ziccardy, Respondent, v. Mary T. Denike and Sarah Beard, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Minnie Adlin, as Administratrix, etc., of Elimelech Adlin, Plaintiff, v. The Excelsior Brick Company of Haverstraw, N. Y., and Others, Defendants.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Eliza W. Christopher, Appellant, v. Jonas Freedman and Others, Defendants. Charles Schirrmeister, Respondent.— Motion granted, with ten dollars costs,